UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING LITIGATION<br><br>*This Document Relates to: All Cases* | Case No. 1:21-md-03010-PKC |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Before the Court is a Motion to Withdraw Jeanette Marie Bayoumi as Counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC in the above-captioned proceeding. The Court has determined that the motion should be granted.

**IT IS HEREBY ORDERED** that Jeanette Marie Bayoumi is withdrawn as counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification in the above-captioned proceeding.

DATE: 2/8/2025

*/s/ P. Kevin Castel*

United States District Judge